# *Exhibit 2*



The TOE-HALO Toe Insert
U.S. Patent Nos.
4,655,458; 4,637,252;
D 291,714; D 333,816;
D 338,817; D 392,705;
Canadian Patent Nos.
1,232,625; 1,232,925.
PREMIUM PRODUCTS, INC.
P.O. Box 11
Mount Vernon, VA 22121