# Exhibit 3

```
         Sports Authority # 536
    3701 Jerfferson Davis Hwy Unit 3
           Alexandria, VA 22305
              703.684.3201

  4 IN 1 PRO KICKING TEE BLOCKY
    25893166                      14.99 A

  SUBTOTAL                        $14.99
  A = 5.000% Sales Tax             $0.75
  TOTAL                           $15.74
  Cash                            $21.00
  CHANGE                           $5.26
```



```
  05-11-2010   14:24:59   0536 004 202138 5821

  Wii & Footwear items must be returned in
  new condition with original packaging &
  all components within 30 days. Original
    receipt must be presented. All other
   items must be returned within 90 days.
```

Hello. **Sign in** to get personalized recommendations. New customer? **Start here.**   FREE 2-Day Shipping: See details

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards   Your Account | Help

**Shop All Departments**  Search | Sports & Outdoors |    Cart    Wish List

**Sports & Outdoors** | Athletic & Outdoor Clothing | Bikes & Scooters | Exercise & Fitness | Fan Shop | Golf | Outdoor Recreation | Shoes | Team Sports | Sales & Deals

More Amazon.com Search Results for "**pro tee sklz**"



**SKLZ Hit-A-Way Power Alley 360 Degrees Tee**
Buy new: $34.99 $29.43
2 Used & new from $19.99

---



See larger image (with zoom)
Share your own customer images

### SKLZ Pro Tee
by **SKLZ**

No customer reviews yet. Be the first.

Price: **$14.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

Only 4 left in stock--order soon (more on the way).

**Want it delivered Thursday, May 13?** Order it in the next 12 hours and 12 minutes, and choose **One-Day Shipping** at checkout. Details

**4 new** from $12.99

Up to 65% Savings on Thousands of Products
Find great bargains on **thousands of products** in Sports & Outdoors. Plus, get FREE Super Saver Shipping and Amazon Prime on qualifying orders. Shop now.

Quantity: 1

or
Sign in to turn on 1-Click ordering.
or



Amazon Prime Free Trial required. Sign up when you check out. Learn More

**Express Checkout with PayPhrase**
Pink Canopy
What's this? | Create PayPhrase

**More Buying Choices**
Football America
**$12.99** + $5.95 shipping
In Stock

**4 new** from $12.99

Share

---

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

**Sklz**
www.**sklz**.com   -   Proven Sports Training Aids All Skill Levels & Ages

**Sklz Golf Clearance**
RockBottomGolf.com/**SKLZ**   -   All **Sklz** Golf Gear On Sale! Save 40% or More When You Buy Today

**Professional T-shirt**
www.CafePress.com   -   Find Lots of Professional Designs on T-Shirts & Other Apparel.

Advertise on Amazon

## Product Features
- All weather tee that-Feets great for practice and games

- Used by many college and pro kickers
- Heavy-duty tee for right and left foot kickers
- Includes a two-sided multi-height tee and base

## Product Description

### Product Description

A football kicking tee for all levels and situations. Use the kicking tee alone to practice your fieldgoals, and then flip it over to create a 1-Inch kicking block when practicing with a holder. Stack the tee in the base to create a 1-Inch kickoff tee, or stack the tee upside down in the base to create a 1 3/4-Inch kicking block. The 4-in-1 functionality makes the SKLZ Pro Tee the only kicking tee you-FeetII ever need.

## Product Details

**Shipping Weight:** 1 pounds (View shipping rates and policies)

**Shipping:** This item is also available for shipping to select countries outside the U.S.

**ASIN:** B003D6FG7A

**Item model number:** FBT01-000-04

**Average Customer Review:** No customer reviews yet. Be the first.

**Amazon.com Sales Rank:** #182,455 in Sports & Outdoors (See Bestsellers in Sports & Outdoors)
   Popular in this category: (What's this?)
   #18 in Sports & Outdoors > Team Sports > Football > Accessories > Kicking Holders & Tees

Would you like to **give feedback on images**?

## Tag this product (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

**Search Products Tagged with**

› **Explore product tags**

## Customer Reviews

There are no customer reviews yet.

ADVERTISEMENT

### Video reviews



Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.





Ad feedback

## Customer Discussions

## Listmania!

## So You'd Like to...

## Look for Similar Items by Category

Sports & Outdoors > Team Sports > Football > Accessories > Kicking Holders & Tees




Ad feedback

### Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **give feedback on images**?
- Is there any other feedback you would like to provide? **Click here**

## Your Recent History (What's this?)

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Join Associates | Amazon Prime |
| Press Releases | Self-publish with Us | Returns |
| Amazon and Our Planet | › See all | Help |

amazon.com®

Canada   China   France   Germany   Japan   United Kingdom

| AmazonWireless Cellphones & Wireless Plans | Askville Community Answers | Audible Download Audio Books | DPReview Digital Photography | Endless Shoes & Handbags | Fabric Sewing, Quilting & Knitting | IMDb Movies, Films & Actors | Shopbop Designer Fashion Brands | Small Parts Tools, Parts & Materials | Warehouse Deals Open-Box Discounts | Zappos Shoes & Clothing |

Conditions of Use   Privacy Notice   © 1996-2010, Amazon.com, Inc. or its affiliates

# PERFORMANCE PRO SPORTS

## Picking Sheet

Order Number: 0020476  
Order Date: 5/7/2010  
Ship By Date: 5/7/2010  

Warehouse: 000   MAIN WAREHOUSE

Customer Number: 10-0024698  
Shipper Acct #:  
Salesperson: 0000

**Sold To:**  
H J SPIEGEL  
P.O. Box 11  
Mount Vernon, VA  22121  
Confirm To:

**Ship To:**  
H J SPIEGEL  
8778 Thos J Stockton Pkwy  
Alexandria, VA  22308  
jayspiegel@aol.com

| Customer P.O. | Ship VIA | F. O. B. | Terms | |
|---|---|---|---|---|
| | UPS 2ND DAY AIR | | No Terms | |

| Item Number | | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| FBT01-000-04 | Kicking Tee Pro - Multi-Positi | EACH | 2.00 | | |

**MUST SHIP TODAY**