*Exhibit 4*





Des. 383,817
FIG. 1

Des. 383,816
FIG. 2




Des. 392,705

FIG. 1



Des. 392,705

FIG. 2

Des. 372,062
FIG. 2

Des. 372,062
FIG. 1

Des. 383,816

FIG. 4



FIG. 4       Des. 372,062



FIG. 5    Des. 383,816





FIG. 5    Des. 372,062





FIG. 6    Des. 383,816

FIG. 6    Des. 372,062