IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
JUN -1 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**PREMIUM PRODUCTS, INC., and
H. JAY SPIEGEL,**

PLAINTIFFS,

v.  CIVIL CASE NO. 2:10CV213

**PRO PERFORMANCE SPORTS, LLC,
AMAZON.COM, INC., and
THE SPORTS AUTHORITY, INC.,**

DEFENDANTS.

## ORDER

This matter comes before the Court on Plaintiff's Motion for Transfer to Alexandria Division Court. Doc. 5. In the memorandum supporting his motion, Plaintiff objects to his case being "randomly distributed" to the Norfolk Division even though it was filed in the Alexandria Division. Doc. 6 at 2. Plaintiff's choice of words is misleading. In light of the proliferation of patent cases being filed in the Alexandria Division, such cases are systematically assigned to judges throughout the Eastern District of Virginia so as to allow all litigants the opportunity to receive a prompt resolution of their cases, and to avoid placing an undue burden on the judges of any one division.

Notwithstanding the foregoing, Plaintiff presents a unique set of circumstances in support of his motion. Therefore, without establishing any precedent, the Court **GRANTS** Plaintiff's Motion for Transfer to Alexandria Division Court, Doc. 5. The Clerk is **ORDERED** to transfer this matter to the Alexandria Division.

The Clerk is **REQUESTED** to send a copy of this order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, VA

Date: June 1, 2010